**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 98-30461
_____


ROY O. MARTIN LUMBER COMPANY, INC., D/B/A
DURA-WOOD TREATING COMPANY,

                              Plaintiff-Appellee,

versus

BEAZER EAST, INC.,

                              Defendant-Appellant.


Appeal from the United States District Court
For the Western District of Louisiana
(96-CV-1589)
December 9, 1998

Before JOLLY, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Having reviewed the record and arguments, we AFFIRM for

essentially the reasons given by the district court.

        [*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.